MATLOCK LAW GROUP, P.C.
Anne-Leith Matlock (SBN 244351)
K. Brian Matlock (SBN 243812)
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone: (925) 944-7131
Facsimile:  (925) 944-7138

Attorneys for Plaintiff,
NEW SENSATIONS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW SENSATIONS, INC., a California Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v<br><br>DOES 1-426, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. : C12-03800 JSC<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF CERTAIN DOE DEFENDANTS |

　　　Upon consideration of plaintiff's Request for Dismissal of certain DOE Defendants it is hereby **GRANTED**.   It is further **ORDERED** as follows:

　　　1.　　　Plaintiff is allowed to Dismiss as to DOES 1-235 and DOES 137-290 and DOES 292-426 and file an amended complaint as to DOE 236 who will be renamed as DOE 1 in the amended complaint and DOE 291 who will be renamed as DOE 2 in the amended complaint.

**IT IS SO ORDERED.**

Dated: __November 29, 2012__

_____
JACQUELINE SCOTT CORLEY
JUDGE OF THE NORTHERN DISTRICT

GRANTED
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA